JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO JOSE DAVILA-GARCIA,<br>Petitioner,<br>v.<br>DAVID VENTURELLA ET AL,<br>Respondents. | Case No. 5:26-cv-06308-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Habeas Corpus and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ORDERED to immediately release **Alberto Josue Davila-Garcia (A# 215-861-388)** from custody subject only to conditions that were in place prior to his October 20, 2026 detention, if any. Respondents shall return any confiscated property and documents to Petitioner upon release, including his Employment Authorization Document, Social Security card, driver's license, and cellular telephone. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral decisionmaker at which the Government bears the burden of proof to show by clear and convincing evidence that there has been a material change in circumstances such that Petitioner is

a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: November 20, 2026



HON. MARGO A. ROCCONI
United States Magistrate Judge